RESOLUTION NO. 7496

A RESOLUTION OF THE CITY OF LAWRENCE, KANSAS, AMENDING RULES AND PROCEDURES GOVERNING MEETINGS OF THE GOVERNING BODY OF THE CITY OF LAWRENCE, KANSAS, AND REPEALING RESOLUTION NO. 7451.

**WHEREAS**, the Governing Body of the City of Lawrence, Kansas, is committed to effective governance and professional administration;

**WHEREAS**, the Governing Body recognizes that rules and procedures governing meetings of the Governing Body will assist the Governing Body in achieving those goals and in conducting the business of the City in a more equitable, efficient, and transparent manner;

**WHEREAS**, the Governing Body recognizes that continued review and updates to the rules and procedures governing meetings of the Governing body are essential to meeting those goals;

**WHEREAS**, because of its commitment to conducting the business of the City in a manner that is equitable, transparent, and efficient the Governing Body, therefore, urges staff to continue to review and to recommend updates to meeting rules and procedures; and

**WHEREAS**, the Governing Body finds that it is, therefore, in the best interest of the City to amend the current rules and procedures governing meetings of the Governing Body in order to ensure equity, transparency, and efficiency.

**NOW, THEREFORE, BE IT RESOLVED BY THE GOVERNING BODY OF THE CITY OF LAWRENCE, KANSAS:**

**SECTION 1: MEETINGS; GENERAL RULES.**

(a) **Meetings to be Open to the Public**. In accordance with the Kansas Open Meetings Act of 1972, codified as amended at K.S.A. 75-4317 *et seq.*, all meetings of the Governing Body shall be open to the public. In order to increase access to public meetings for all persons, the Governing Body may conduct public meetings in person, remotely, electronically, virtually, or any combination thereof. Please note, however, that the primary format for accessing meetings of the Governing Body is in person. The City Clerk shall, in advance of each meeting, post on the City website how the general public may access that meeting. Although additional formats may be offered as alternatives to in-person attendance at meetings, please be aware that the City cannot and does not guarantee remote, electronic, or virtual access to meetings.

(b) **Regular Meetings.** The Governing Body conducts regular meetings on the first, second, and third Tuesdays of each month. At its discretion, the Governing Body may, at any preceding public meeting, by an affirmative vote of a majority of the members of the Governing Body present and voting, suspend any regular meeting, change its date or time, or move its location.

1

EXHIBIT "A"

(c) **Special Meetings.** A call signed by a majority of the members of the Governing Body shall be sufficient warrant for a special meeting. Special meetings shall be open to the public.

(d) **Joint Meetings; Listening Sessions.** The Governing Body may meet with other governing bodies or meet to accept public comment on a matter or matters at such time and at such location as deemed appropriate, provided that such meetings are open to the public.

(e) **Executive Sessions.** From time to time, as may be necessary, the Governing Body may, in accordance with state law, recess into a closed or executive meeting.

(f) **Quorum.** A quorum is required before the Governing Body may take any binding action. Three members of the Governing Body shall constitute a quorum. No ordinance shall be passed except upon an affirmative vote of three members of the Governing Body.

(g) **Mayor to Preside.** The Mayor shall preside at all meetings of the Governing Body. If the Mayor is absent, incapacitated, or otherwise unable to perform the duties of office, then the Vice-Mayor shall be the presiding officer. In the absence of the Mayor and Vice-Mayor, the Governing Body shall choose a presiding officer from among the members present.

(h) **Right to the Floor.** Any member of the Governing Body wishing to speak shall first be recognized by the presiding officer. If a specific item is being considered by the Governing Body, then members of the Governing Body are encouraged to confine their remarks to the specific item then under consideration.

(i) **Decorum.** Members of the Governing Body are encouraged to act with decorum and to address each other and the public with respect. Any member of the Governing Body engaging in disruptive behavior that substantially interferes with the Governing Body's ability to conduct the business of the City may, after a warning, be subject to removal from the meeting. During a meeting, it shall be the duty of the presiding officer to preserve order and decorum.

(j) **Recess.** A recess of the commission may be declared by the presiding officer at any time.

(k) **Adjournment.** Meetings shall adjourn no later than 11:00 o'clock p.m., except that any business commenced before that time may be concluded after that time before the meeting is adjourned. Additionally, by a majority vote of the members of the Governing Body present and voting, meetings may be extended for a specific period of time. In the absence of a vote to extend the meeting, the meeting shall adjourn and all remaining business, if any, shall be continued either to the next regular meeting of the Governing Body or to an alternate date and time as determined by the Governing Body.

EXHIBIT "A"

    (l)    **Questions of Order.** The City Clerk, or designee, shall answer all questions of order that may arise during a Meeting.

    (m)    **Photography; Recording.** Persons may take photographs and may make audio or video recordings of any open public meeting but said activities shall neither disrupt the meeting nor interfere with the Governing Body's ability to conduct business.

    (n)    **Sound Emitting Devices.** Persons attending meetings are encouraged to silence or mute any device or instrument, capable of emitting an audible sound or tone, before entering the meeting room.

**SECTION 2:   SAME; AGENDA**

    (a)    **Agendas Made Available to the Public.** If the City prepares an agenda for a regular meeting, special meeting, joint meeting, or listening session, then the agenda outline coversheet shall be made available to the public.

    (b)    **Order of Business, Amended or Suspended.** By a majority vote of the members of the Governing Body present and voting, the order of business established by any agenda may be amended to add or delete items as appropriate, may be amended to rearrange items as appropriate, or may be suspended in its entirety to consider other matters as appropriate. The Governing Body may recess into a closed or executive meeting, in accordance with state law, at any time during the course of any meeting.

    (c)    **Consent Agenda.** If the City prepares an agenda, then the City may identify a portion of the agenda as the consent agenda. All items listed on the consent agenda, unless removed from the consent agenda, will be considered under one motion and will be approved by one motion. Consent agenda items may only be removed from the consent agenda for public discussion by a member of the Governing Body. However, the City may identify certain items listed on a consent agenda -- where the Governing Body sits in a quasi-judicial capacity -- that may be removed for public discussion by a member of the Governing Body or by a member of the public. If public discussion on any such item so identified on a consent agenda is desired by a member of the Governing Body or by a member of the public, then that item will be removed from the consent agenda for public discussion.

    (d)    **Work Sessions.** If the City prepares an agenda and identifies a portion of the agenda as a work session, then the Governing Body shall take no binding action on those items listed on the work session and may also decline to take public comment on those items.

**SECTION 3:   SAME; PROCEDURE**

    (a)    **General Order of Business.** Generally, each item considered by the Governing Body will proceed as follows:

EXHIBIT "A"

       (1)      The presiding officer introduces the item. If the item involves the exercise of quasi-judicial authority, then members of the Governing Body shall disclose any *ex parte* communications.

       (2)      City staff and/or the applicant/appellant present(s) the item and make(s) a recommendation to the Governing Body.

       (3)      The Governing Body directs questions, if any, to City staff and/or the applicant/appellant.

       (4)      Upon the request of the presiding officer, the Governing Body receives public comment. (*See* Section 5, *infra*).

       (5)      City staff and/or the applicant/appellant responds to public comment and makes closing comments, if any.

       (6)      The Governing Body discusses, debates, and deliberates on the item.

       (7)      The presiding officer calls for a motion on the item.

       (8)      The presiding officer calls for discussion on the motion, if any.

       (9)      The presiding officer calls for a vote on the motion and announces the result of the vote to the City Clerk and the public.

   (b)    **Amendments to General Order of Business.** At its discretion -- but only to the extent that it does not contravene due process -- the Governing Body may amend, may rearrange, may suspend, or may supplement the foregoing general order of business to meet the needs of the Governing Body with respect to the item being considered.

**SECTION 4:  SAME; MOTIONS**

   (a)    **Action by Motion.** Except in those cases where state law does not require action to be taken by motion, no action may be taken by the Governing Body except upon a motion.

   (b)    **Seconds to Motions.** Before a motion may be considered by the Governing Body, it must receive a second from a non-moving member of the Governing Body. If there is no second to a motion, then the motion dies without a second and may not be considered by the Governing Body.

   (c)    **One Motion.** Only one substantive motion may be pending on the floor at any one time. A motion must be withdrawn or advanced to a vote before another substantive motion may be introduced.

**SECTION 5:  SAME; PUBLIC COMMENT.**

   (a)    **Public Comment.** When the Governing Body accepts General Public Comment or Public Comment on a specific item, it shall do so as follows:

EXHIBIT "A"

    (1)    Each person wishing to provide public comment in writing shall deliver such public comment to the City Clerk. To be included in the Agenda Packet for a meeting, written public comment must identify the person offering public comment, said person's address or telephone number, and the specific agenda item for which public comment is being offered or whether it is being offered as general public comment. Any public comment that does not include the name or contact information of the person submitting it will not be forwarded to the Governing Body. Such public comment must be received by the City Clerk by 12:00 p.m. on the day of the meeting. Any public comment received after the deadline will not be posted and there is no guarantee that such comment will be considered.

    (2)    Each person wishing to provide live public comment is encouraged to make such public comment in person at the location advertised by the City Clerk. If the City provides remote, electronic, or virtual options for providing live public comment, then the City Clerk shall, in advance of each meeting, post on the City's website how to provide such public comment. Please note that the primary format for providing live public comment is in person. The City cannot and does not guarantee remote, electronic, or virtual access to meetings.

(b)    **Addressing the Governing Body.** Persons making public comment are encouraged to sign in on the form provided for such purpose and to state, for the Governing Body and the public, their names and addresses. Persons making public comment shall address all comments and questions to the Governing Body.

(c)    **Time Limits.** All public comment will be limited to three minutes. The City Clerk may employ a timing device to help with the fair and transparent measurement of time. The City Clerk will notify the presiding officer when the allotted time has elapsed. The presiding officer shall have the duty of enforcing the time limit. Requests for additional time may be granted at the discretion of the presiding officer. Time may not be transferred from one member of the public to another.

(d)    **General Public Comment.** When the presiding officer asks for General Public Comment, persons are encouraged to speak on items not scheduled for discussion on any agenda prepared for that meeting. As a general practice, the Governing Body will not discuss or debate items nor will the Governing Body make decisions on items presented during General Public Comment. General Public Comment should be limited to issues and items germane to the business of the Governing Body.

(e)    **Public Comment on a Specific Item.** When the presiding officer asks for Public Comment on a specific item being considered by the Governing Body, persons may comment on that specific item at that time. Persons will be limited to addressing the Governing Body on that specific item one time, unless otherwise permitted by the presiding officer. Public Comment on a specific item shall be germane to the item being discussed.

EXHIBIT "A"

(f) **Decorum.** Members of the public are encouraged to act with decorum and to address the Governing Body and each other with respect. The following will not be tolerated: fighting words, slander, speech invasive of the privacy of individuals, unreasonably loud or repetitious speech, and speech so disruptive of the proceedings that it substantially interferes with the Governing Body's ability to conduct the business of the City. Any member of the public engaging in disruptive behavior that substantially interferes with the Governing Body's ability to conduct the business of the City may, after a warning, be subject to removal from the meeting. During a meeting, it shall be the duty of the presiding officer to preserve order and decorum.

(g) **Communication with the Governing Body.** Nothing in this section shall be construed to limit a person's ability to contact members of the Governing Body about matters of public concern.

**SECTION 6.   REPEAL.** City of Lawrence, Kan., Res. No. 7451 (Oct. 4, 2022) is hereby repealed in its entirety, it being the intent of the Governing Body that the provisions of this Resolution supersede that resolution and replace it in its entirety.

**ADOPTED** by the Governing Body of the City of Lawrence, Kansas, this 1st day of August, 2023.

APPROVED:

_____
Lisa Larsen
Mayor

ATTEST:

_____
Sherri Riedemann
City Clerk

APPROVED AS TO FORM:

_____
Toni R. Wheeler
City Attorney

EXHIBIT "A"