## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN SPIEHS, | ) |
| | ) Case No.: 5:23-cv-04107 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LISA LARSEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MOTION TO SEVER CLAIMS

Defendants Lisa Larsen, Courtney Shipley, and incorrectly denominated Defendant, the Lawrence City Commission, by and through counsel, and in accordance with Fed. R. Civ. P. 21, submit the following Motion to Sever Claims. Under Rule 21, this Court may "sever any claim against a party" and proceed with it separately. *See* Fed. R. Civ. P. 21. Severance is proper because the Complaint alleges causes of action premised on two unconnected and autonomous factual circumstances. Each of the separate factual circumstances alleged in Plaintiff's Complaint gives rise to differing causes of action against disassociated Defendants. Requiring these moving Defendants to litigate matters wholly unrelated to the factual allegations and causes of actions lodged against them would prejudice all parties involved and would not promote an expedited and economic resolution to Plaintiff's claims. *See Kestrel Holdings, L.L.C. v. Learjet, Inc.*, No. 02-2388-CM, 2006 WL 2575719, at *3 (D. Kan. Mar. 30, 2006) ("Courts may order a Rule 21 severance when it will serve the ends of justice and further the prompt and efficient disposition of litigation."). As more fully enumerated in the accompanying Brief in Support, Defendants move this Court to grant this Motion to Sever Claims.

WHEREFORE, Defendants Lisa Larsen, Courtney Shipley, and improperly named Defendant, the Lawrence City Commission, move this Court to enter an Order granting this Motion to Sever Claims and for any further relief this Court deems appropriate.

Dated: December 29, 2023                                   Respectfully submitted,

 */s/ Benjamin A. Ramberg*
JOHN E. FRANKE               #13539         TONI RAMIREZ WHEELR  #18473
BENJAMIN A. RAMBERG  #29498         RANDALL F. LARKIN            #14184
**FRANKE SCHULTZ & MULLEN, P.C.**         ZACHARY T. FRIDELL            #27338
8900 Ward Parkway                                      **CITY OF LAWRENCE, KANSAS**
Kansas City, Missouri 64114                        City Hall
(816) 421-7100                                               6 East 6th Street
(816) 421-7915 (Fax)                                  Lawrence, Kansas, 66044
jfranke@fsmlawfirm.com                         twheeler@lawrenceks.org
bramberg@fsmlawfirm.com                  rlarkin@lawrenceks.org
                                                                       zfridell@lawrenceks.org

**Attorneys for Defendants,
Lisa Larsen, Courtney Shipley, and
the Lawrence City Commission**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December, 2023, the foregoing was electronically filed using the Kansas Pacer Program, which will send notification of electronic filing to all registered attorneys of record.

                         */s/ Benjamin A. Ramberg*
                         **Attorneys for Defendants,**
                         **Lisa Larsen, Courtney Shipley, and**
                         **the Lawrence City Commission**