IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN SPIEHS

           Plaintiff,

v.                                         Case No. 5:23-cv-04107-JAR-BGS

LISA LARSEN, *et al*

           Defendants

---

## **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

The parties hereby stipulate that all claims of Plaintiff Justin Spiehs against Erica Segraves and Phillip Howard should be and hereby are dismissed without prejudice, each party to bear its own costs. All claims against all other defendants remain.

IT IS THEREFORE ORDERED that pursuant to the foregoing stipulation, all claims against Erica Segraves and Phillip Howard are hereby dismissed without prejudice. All claims against all other defendants remain. The Motion to Dismiss [Doc. 18] filed by defendants Segraves and Howard is moot.

IT IS SO ORDERED.

{T0480691}

**APPROVED AND STIPULATED BY:**


/s/Linus L. Baker
Linus L. Baker                              #18197
6732 West 185th Terrace
Stilwell, KS 66085
P: (913) 486-3913 | F: (913) 232-8734
linusbaker@prodigy.net
**Attorney for Plaintiff**


/s/Samuel A. Green
Samuel A. Green                              #24221
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
sgreen@fpsslaw.com
**Attorney for Defendants Board of Directors of the Free**
**Public Library of the City of Lawrence, Kathleen Morgan,**
**Marc Veloz, Sara Mathews, Erica Segraves,**
**and Phillip Howard**


/s/Benjamin A. Ramberg
John E. Frank                                #13539
Benjamin A. Ramberg                          #29498
FRANKIE SCHULTZ & MULLEN, P.C.
8900 Ward Parkway
Kansas City, MO 64114
P: (816) 421-7100 | F: (816) 421-7915
jfranke@fsmlawfirm.com
bramberg@fsmlawfirm.com
**Attorneys for Defendants Lisa Larsen,**
**Courtney Shipley, and the Lawrence**
**City Commission**

{T0480691}