### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JUSTIN SPIEHS,** | |
| **Plaintiff,** | |
| v. | Case No. 5:23-CV-4107-JAR-BGS |
| **LISA LARSEN, et al.,** | |
| **Defendants.** | |

## ORDER

The Court recently granted Defendants' motions to sever this case.[1] The Clerk's Office is hereby directed to open a new case between Plaintiff Justin Spiehs, and Defendants Kathleen Morgan, Marc Veloz, Sara Mathews, Erica Segraves, Phillip Howard, Unidentified Library Security Guard, and the Board of Directors of the Free Public Library of the City of Lawrence, Kansas ("Library Defendants").  Defendants Segraves and Howard have been terminated from this suit.

The Clerk's Office shall import the following documents into the new case: 1, 2, 3, 9, 18, 19, 20, 21, 22, 23, 25, 30, 31, 32, 33, and 34.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk's Office shall open a new case between the parties identified in this Order, and import the documents identified in this Order.  No new filing fee is required for the new case.

**IT IS SO ORDERED.**

Dated: February 20, 2024

---

[1] Doc. 33, granting Docs. 14 and 21.

S/ Julie A. Robinson  
JULIE A. ROBINSON  
UNITED STATES DISTRICT JUDGE