# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN SPIEHS, ) | |
| ) | Case No.: 5:23-cv-04107 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LISA LARSEN, *et al*. ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE AND NOTICE OF WITHDRAWAL

COMES NOW Charles H. Cooper of the law firm of Franke Schultz Mullen P.C., and hereby enters his appearance as counsel on behalf of defendants Lisa Larsen, Courtney Shipley and Lawrence City Commission. Ben A. Ramberg is no longer an attorney with Franke Schultz Mullen P.C., and therefore, his appearance as counsel is withdrawn.

Dated: April 19, 2024                      Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ Charles H. Cooper*
JOHN E. FRANKE         KS #13539
CHARLES H. COOPER   KS#24688
8900 Ward Parkway
Kansas City, MO 64114
Phone :         (816) 421-7100
Fax :             (816) 421-7915
jfranke@fsmlawfirm.com
ccooper@fsmalwfirm.com
**ATTORNEYS FOR DEFENDANTS,
LISA LARSEN, COURTNEY SHIPLEY, AND
LAWRENCE CITY COMMISSION**

and

       /s/ Benjamin A. Ramberg
JOHN E. FRANKE			KS#13539
BENJAMIN A. RAMBERG KS#29498
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 (Fax)
jfranke@fsmlawfirm.com
benramberg@fsmlawfirm.com
**Attorneys for Defendants,**
**Lisa Larsen, Courtney Shipley, and**
**Lawrence City Commission**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of April, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

       /s/ Charles H. Cooper