IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN SPIEHS, | ) |
|          Plaintiff, | ) |
| v. | ) Case No.: 5:23-cv-04107 |
| LISA LARSEN, *et al*. | ) |
|          Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendants Lisa Larsen, Courtney Shipley, and the City of Lawrence (on behalf of its unincorporated governing body the Lawrence City Commission) (the "City"), by and through counsel, Pursuant to Fed. R. Civ. P. 56 moves this Court for summary judgment in Defendants' favor on all of Plaintiff's claims for the reasons set forth in the contemporaneously-filed Brief in Support of Defendants' Motion for Summary Judgment.

WHEREFORE, Defendants respectfully move the Court to enter an Order granting Defendants' Motion for Summary Judgment as to all of Plaintiff's claims, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ Charles H. Cooper*
JOHN E. FRANKE          #13539
CHARLES H. COOPER    #24688
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 (Fax)
jfranke@fsmlawfirm.com
ccooper@fsmlawfirm.com
**Attorneys for Defendants Lisa Larsen,
Courtney Shipley, and City of Lawrence**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December 2024, the foregoing was electronically filed using the Kansas Pacer Program, which will send notification of electronic filing to all registered attorneys of record.

Linus L. Baker
6732 W. 185th Terrace
Stilwell, KS 66085-8922
P: 913-486-3913
linusbaker@prodigy.net


 */s/ Charles H. Cooper*
**Attorney for Defendant**
**The City of Lawrence**