### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN SPIEHS, | ) |
| | ) Case No.: 5:23-cv-04107 |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| LISA LARSEN, *et al*. | ) |
| | ) |
| Defendants. | ) |

### **DEFENDANTS' MOTION TO DISMISS**

COMES NOW Defendant, the City of Lawrence (on behalf of its unincorporated governing body, the Lawrence City Commission) (the "City"), by and through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), and in the alternative, 12(b)(1), moves this Court to dismiss the claims asserted against it for failure to state a claim and for lack of subject-matter jurisdiction. Plaintiff's Complaint fails to state a valid claim for relief and alternatively lacks subject-matter jurisdiction because the Lawrence City Commission is not a proper party to this action. Plaintiff has incorrectly named the Lawrence City Commission as a Defendant, when Kansas law requires that the City Commission be sued under its corporate name, "The City of Lawrence." *See* K.S.A. § 12-102.

WHEREFORE, Defendant respectfully requests that this Court dismiss all claims against it in Plaintiff's Complaint and grant such other and further relief as this Court deems just and proper.

Dated: December 20, 2024               Respectfully submitted,

                                                    **FRANKE SCHULTZ & MULLEN, P.C.**

                                                    */s/ Charles H. Cooper*
                                                    JOHN E. FRANKE          #13539
                                                    CHARLES H. COOPER      #24688
                                                    8900 Ward Parkway
                                                    Kansas City, Missouri 64114
                                                    (816) 421-7100
                                                    (816) 421-7915 (Fax)
                                                    jfranke@fsmlawfirm.com
                                                    ccooper@fsmlawfirm.com
                                                    **Attorneys for Defendant**
                                                    **City of Lawrence**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2024, the foregoing was electronically filed using the Kansas Pacer Program, which will send notification of electronic filing to all registered attorneys of record.

Linus L. Baker
6732 W. 185th Terrace
Stilwell, KS 66085-8922
P: 913-486-3913
linusbaker@prodigy.net


 */s/ Charles H. Cooper*
**Attorney for Defendant**
**The City of Lawrence**