# United States District Court

------------------------- DISTRICT OF KANSAS----------------------------

**JUSTIN SPIEHS,**

        **Plaintiff,**

**v.**                                                    Case No: 23-4107-JAR

**LISA LARSEN, et al.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendants' Motion for Summary Judgment (Doc. 84) is **granted** and Plaintiff's Motion for Partial Summary Judgment (Doc. 82) is **denied.**  The Clerk is directed to enter judgment in favor of Defendants and terminate this action.

       **IT IS SO ORDERED.**

|  |  |
|---|---|
| Dated: March 6, 2025 | SKYLER B. O'HARA<br>CLERK OF THE DISTRICT COURT |
|  | by: _s/ Sarah Spegal_<br>       Deputy Clerk |